# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle J. Weygand, | No. CV-15-00194-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Allstate Recovery Bureau Incorporated, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Notice of Dismissal (Doc. 5),

**IT IS ORDERED** that this case is **dismissed with prejudice**, with each party to bear its own attorney's fees and costs.

Dated this 14th day of July, 2015.

_____
Raner C. Collins
Chief United States District Judge